UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NIKADAM KHAIMOV on behalf of himself and
all other similarly situated consumers

                                                  1:17-cv-00352

                                                  **STIPULATION OF DISMISSAL**

                 Plaintiff,

-against-

AMERICAN MEDICAL COLLECTION AGENCY

                 Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.


Dated: Brooklyn, New York                               Dated: New York, NY
         June 24, 2017                                             June 24, 2017


/s/ Igor Litvak                                              /s/ Han Sheng Beh, Esq.
Igor Litvak, Esq.                                          Han Sheng Beh, Esq.
The Litvak Law Firm, PLLC                      Hinshaw & Culbertson LLP
Attorney for the Plaintiff                           Attorney for the Defendant
1701 Avenue P                                          800 Third Avenue, 13th Floor
Brooklyn, New York 11229                       New York, NY 10022
Office: (718) 989-2908                             Office: (212) 471-6200
Facsimile: (718) 989-2908                       Fax: ((212) 935-1166
E-mail: Igor@LitvakLawNY.com           E-mail: hbeh@hinshawlaw.com

So ordered.
/s/(ARR)
6/28/17
U.S.D.J.